# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ERIC D. FLORES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN CAVE LEIGHTON PAISNER LLP, MONDELEZ GLOBAL LLC, MONDELEZ INTERNATIONAL HOLDINGS LLC, and MONDELEZ INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 1:23-cv-04249 |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) WITHOUT PREJUDICE AS TO DEFENDANTS MONDELEZ GLOBAL, LLC, MONDELEZ INTERNTIONAL HOLDINGS, LLC AND MONDELEZ INTERNATIONAL, INC. ONLY

COMES NOW Plaintiff Eric D. Flores, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and hereby dismisses his claim filed against Defendants Mondelez Global, LLC, Mondelez International Holdings, LLC, and Mondelez International, Inc., as to Defendants Mondelez Global, LLC, Mondelez International Holdings, LLC, and Mondelez International, Inc. ONLY. No answer or motion for summary judgment has been filed. This dismissal is without prejudice.

Dated: July 21, 2023

Respectfully submitted,

By: *s/ Thomas A. Zimmerman, Jr.*
Thomas A. Zimmerman, Jr. (IL #6231944)
*tom@attorneyzim.com*
Sharon A. Harris
*sharon@attorneyzim.com*
Matthew C. De Re
*matt@attorneyzim.com*

1

2

Jeffrey D. Blake
*jeff@attorneyzim.com*
**ZIMMERMAN LAW OFFICES, P.C**.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com


William B. Federman*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
(405) 235-1560
(405) 239-2112 (facsimile)
wbf@federmanlaw.com
**pro hac vice* application forthcoming