# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: BRYAN CAVE LEIGHTON PAISNER, LLP DATA BREACH LITIGATION<br><br>This Document Relates To: All Actions | Case No. 1:23-CV-04249<br><br>Judge Jorge L. Alonso |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), defendant Bryan Cave Leighton Paisner LLP respectfully requests that the Court dismiss plaintiffs' amended complaint (ECF No. 34) for lack of subject-matter jurisdiction and failure to state a claim on which relief can be granted. A memorandum of law in support of the motion is filed contemporaneously herewith.

Dated: January 15, 2024

Respectfully submitted,

/s/ *Daniel R. Warren*
Daniel R. Warren
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, IL 60606
(312) 416-6200
dwarren@bakerlaw.com

Dante A. Marinucci
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114
(216) 621-0200
dmarinucci@bakerlaw.com

*Counsel for Defendant*
*Bryan Cave Leighton Paisner LLP*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on January 15, 2024. Notice of this filing will be sent to all parties registered on this Court's ECF system by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Daniel R. Warren*
Daniel R. Warren

*Counsel for Defendant*
*Bryan Cave Leighton Paisner LLP*