UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MONDELĒZ DATA BREACH LITIGATION | Hon. Jorge L. Alonso<br>Master File No. 1:23-cv-03999 |
| IN RE: BRYAN CAVE LEIGHTON PAISNER, LLP DATA BREACH LITIGATION | Master File No. 1:23-cv-04249 |

**JOINT MOTION TO STAY CASE DEADLINES PENDING MEDIATION**

Plaintiffs Michael Shields, Daniel Berndt, Augustyn Wiacek, Diedra Clay, and Julio Perez (the "Mondelēz Plaintiffs"), together with defendant Mondelēz Global LLC ("Mondelēz"), as well as plaintiffs Eric Flores and Rock Meyer (the "BCLP Plaintiffs"), together with defendant Bryan Cave Leighton Paisner LLP ("BCLP"), by and through their separate undersigned counsel respectfully move the Court for entry of an order staying upcoming deadlines for defendants to answer the operative complaints, plaintiffs to file amended complaints, and the parties to submit a joint status report as well as the currently scheduled status hearing pending the parties' mediation scheduled for July 15, 2024. In support, the parties jointly state:

1. On June 3, 2024, the Court issued an opinion and order granting in part and denying in part defendants' motions to dismiss, and ordering that (i) "[p]laintiffs shall file an amended complaint, if desired, by July 3, 2024"; (ii) "[t]he parties shall file a joint status report by July 10, 2024"; and (iii) "[t]he Court sets a status hearing in both consolidated actions for July 17, 2024." *In re: Mondelēz*, 23-cv-03999, ECF No. 41; *In re: BCLP*, 23-cv-4249, ECF No. 45.

2. Separately, defendants' deadline to answer the operative complaints is currently June 17, 2024 – 14 days after the Court's dismissal order. *See* Fed. R. Civ. P. 12(a)(4)(A).

3. The parties have agreed to mediate these actions and have scheduled a global, in-person mediation in Chicago on July 15, 2024.

4. Accordingly, the parties jointly respectfully request that the Court stay the foregoing deadlines and order the parties to file a joint status report on or before July 26, 2024, wherein the parties will inform the Court regarding the parties' mediation and settlement efforts and propose deadlines for further proceedings in this matter (e.g., deadlines concerning settlement proceedings and dismissal of the action if mediation was success or deadlines for filing amended pleadings and responsive pleadings if mediation was not successful).

NOW THEREFORE, the parties jointly request that the Court enter an order staying the deadlines for (i) defendants to answer the current complaints, (ii) plaintiffs to file amended complaints, and (iii) the parties to file a joint status report, as well as the status hearing currently set for July 17, and ordering the parties to file a joint status report on or before July 26, 2024, wherein the parties will inform the Court regarding the parties' mediation and settlement efforts and propose deadlines for further proceedings in this matter.

DATED: June 13, 2024

/s/ Yan Grinblat
Yan Grinblat
DLA Piper LLP (US)
444 W. Lake Street, Suite 900
Chicago, Illinois 60606
(312) 368-4000
yan.grinblat@us.dlapiper.com

Keara M. Gordon (*pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
keara.gordon@us.dlapiper.com

*Attorneys for Defendant Mondelēz*


/s/ Daniel R. Warren
Daniel R. Warren
Dante A. Marinucci
Baker & Hostetler
Key Center
127 Public Square, Suite 2000
Cleveland, OH 44114
(216) 861-7145
dwarren@bakerlaw.com
dmarinucci@bakerlaw.com

David Michael Friebus
Baker & Hostetler LLP
One North Wacker Drive
Suite 4500
Chicago, IL 60606-2841
312 416 6234
dfriebus@bakerlaw.com

*Attorneys for Defendant BCLP*

Respectfully Submitted,

/s/ Gary M. Klinger
Gary M. Klinger
Milberg Coleman Bryson Phillips Grossman, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878
gklinger@milberg.com

A. Brooke Murphy
Murphy Law Firm
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
(405) 389-4989
abm@murphylegalfirm.com

Raina C. Borrelli
Turke & Strauss LLP
Williamson St., Suite 201
Madison, WI 53703
(608) 237-1775
raina@turkestrauss.com

Kevin Laukaitis
Laukaitis Law LLC
954 Avenida Ponce De Leon Suite 205
San Juan, PR 00907
(215) 789-4462
klaukaitis@laukaitislaw.com

Daniel Srourian
Srourian Law Firm, P.C.
3435 Wilshire Blvd., Suite 1710
Los Angeles, CA 90010
(213) 474-3800
daniel@slfla.com

*Counsel for the Mondelēz Plaintiffs*


/s/ William B. Federman
William B. Federman
Federman & Sherwood
10205 N. Pennsylvania Avenue

3

                                              Oklahoma City, OK 73120
                                              (405) 235-1560
                                              wbf@federmanlaw.com

                                              *Interim Lead Counsel for the BCLP Plaintiffs*

Case: 1:23-cv-03299 Document #: 40 Filed: 06/13/24 Page 4 of 5 PageID #:509

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2024, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court by using the CM/ECF system for the U.S. District Court for the Northern District of Illinois, which will send notice of this electronic filing to all parties and counsel of record.

                                                   */s/ Yan Grinblat*
                                                   Yan Grinblat